IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LINDA MYER | ) | |
| | ) | No. 3-12-0869 |
| v. | ) | |
| | ) | |
| AMERICAN MEDICAL SYSTEMS, INC. | ) ) | |

O R D E R

By order entered October 1, 2012 (Docket Entry No. 5), the Judicial Panel on MultiDistrict Litigation lifted the stay of the Conditional Transfer Order (CTO-72).

As a result, the initial case management conference, scheduled on October 15, 2012, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for entry of any appropriate order of transfer once the October 1, 2012, order is filed in the Southern District of West Virginia.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge