# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LINDA MYER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMERICAN MEDICAL SYSTEMS, INC., ) <br> ) <br> Defendant. ) | Civil Case No. 3:12-cv-0869 <br> Judge Nixon |

## **O R D E R**

Pursuant to Conditional Transfer Order (CTO-72) of the Judicial Panel on Multidistrict Litigation, MDL No. 2325, this case is hereby transferred to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Southern District of West Virginia.

It is so **ORDERED.**

_____
John T. Nixon
United States District Judge